UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JEFFERY JEROME BAILEY

VERSUS

ELAINE L. CHAO, SECRETARY OF
THE UNITED STATES
DEPARTMENT OF LABOR

CIVIL ACTION

NO. 06-848-JJB-CN

## J U D G M E N T

For written reasons assigned in the Court's previous ruling (doc.31),

IT IS ORDERED, ADJUDGED AND DECREED, as to plaintiff's claims for relief that judgment be entered in favor of defendant, Elaine L. Chao, Secretary of the United States Department of Labor and against plaintiff, Jeffery Jerome Bailey.

Baton Rouge, Louisiana, May 29, 2008.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA